IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMILY W., Individually and as parent and next friend of H.C., her minor son, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL CASE NO. 1:23-cv-74-ECM ) |
| HOUSTON COUNTY BOARD OF EDUCATION, | ) ) ) ) |
| Defendant. | ) |

**O R D E R**

On April 19, 2023, the Plaintiff filed a motion to dismiss with prejudice (doc. 16) which the Court construes as a Notice of Voluntary Dismissal. Voluntary dismissal in compliance with Fed. R. Civ. P. 41(a)(1)(A)(i) is self-executing. Accordingly, this action has been dismissed with prejudice by operation of law.

The Clerk of the Court is DIRECTED to close this case.

DONE this 20th day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE